JOHNSTON,
 
 Judge.
 

 This bond was given in 1764, payable,
 
 H
 
 in Docerriber, 176.4;. in 1777 the obligor died ; letters of administration issued in 1778, in the month of January; in 1754 the admistrator died, and in 1798 new letters were issued to the present defendant, ■ Tire rule is that after 20 years acquiescence presumption of payment shall arise, but if any circumstances can be offered to account for the delay, these’ shall hinder the pre, sumption. Now here from 1773 to the first of June 1784, the bourn were shut up and the war intervened; after 17S4 till. 1794*
 
 *181
 
 when there was an administrator, is but 10 years, and from He-oember, to 10rh March,
 
 X77£,
 
 is but six years, added together IQ. 4-fter 1794- till the commencement of this action suit could not be brought, because there was no person to be sued ; which sufficiently accounts ior the delay. So that there is not 30 years of computable time from the period when this bond was payable to the commencement of this action, and the presumption will not arise,
 

 Verdict for the plaintiff.